USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

RAFAEL RODRIGUEZ,

                                          Plaintiff,

                    -against-

THE CITY OF NEW YORK, P.O. MICHAEL SEILING,
P.O. JOSEPH LEMOS, SGT. EMILE ROVENCHER and
P.O.s "JOHN DOE" #1-5 (said names being fictitious, as
the true names are presently unknown), Individually and
in their Official Capacities..

                                          Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER**
**OF SETTLEMENT AND**
**DISCONTINUANCE**

04-CV-7405 (KMW)(GWG)

            **WHEREAS,** plaintiff Rafeal Rodriguez commenced this action by filing a

complaint in or about September 17, 2004 alleging that certain of his federal and state rights

were violated; and

            **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations; and

            **WHEREAS,** plaintiff and defendants now desire to resolve the issues raised in

this litigation, without further proceedings and without admitting any fault or liability;

            **WHEREAS,** no party herein is an infant or incompetent for whom a committee

has been appointed; and

            **WHEREAS,** plaintiff Rafeal Rodriguez has authorized counsel to settle this

matter as against defendants on the terms enumerated below:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by
and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed as against defendants, with
prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2"
below.

2. The City of New York hereby agrees to pay plaintiff the sum of TWENTY
THOUSAND DOLLARS ($20,000) in full satisfaction of all claims against defendants,
including claims for costs, expenses and attorney fees. In consideration for the payment of this
sum, plaintiff agrees to dismissal of all the claims against the defendants and to release all
defendants, including the defendants named herein as "New York City Police Officers 'John Doe
#1-5,'" any present or former employees or agents of the New York City Police Department and
the City of New York from any and all liability, claims, or rights of action arising from and
contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff Rafeal Rodriguez shall execute and deliver to the City attorney all
documents necessary to effect this settlement, including, without limitation, a release based on
the terms of paragraph "2" above and an Affidavit of No Liens.

4. Other than as set forth in paragraph "2" above, plaintiff and his counsel, or
any party in privity with either of them, shall have no recovery for any damages, injury,
equitable or other relief, or fees or costs in connection therewith.

5. Nothing contained herein shall be deemed to be an admission by defendants
that they have in any manner or way violated plaintiff's rights, or the rights of any other person
or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United
States, the State of New York, or the City of New York or any other rules, regulations or bylaws

of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

      6   Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

      7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

**The Clerk of Court is directed to close this case. Any pending motions are moot.**

Dated:     New York, New York
             January 14, 2005

Mr. Christopher Galiardo, Esq.
Attorney for Plaintiff
122 East 42nd St., Suite 2710
New York, NY 10013
212-986-5900

By:

CHRISTOPHER GALIARDO, ESQ.(7285)

SO ORDERED:    1-20-05

_____
U.S.D.J.
KIMBA M. WOOD
New York, New York

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-209
New York, New York 10007
(212) 676-1347

By:

BROOKE BIRNBAUM (BB 8338)
Assistant Corporation Counsel

- 3 -